# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-48141 MAR
**Case Name:** REDCLIFFE MEDICAL DEVICES INC.

**For Period Ending:** 01/10/2023

**Trustee Name:** (420030) Kenneth A. Nathan
**Date Filed (f) or Converted (c):** 10/13/2021 (f)
**§ 341(a) Meeting Date:** 11/08/2021
**Claims Bar Date:** 03/10/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE<br><br>Accounts receivable<br>90 days old or less. Face amount = $5,500.00.<br>Less - Doubtful/Uncollectible accounts = $0.00. | 5,500.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE<br><br>Accounts receivable<br>Over 90 days old. Face amount = $22,995.80.<br>Less - Doubtful/Uncollectible accounts = $22,995.80. | Unknown | 0.00 | | 0.00 | FA |
| 3 | INVENTORY<br><br>Work in progress:<br>Leaf Pro - 7500 Pcs<br><br>Date of the last physical inventory:<br>09/03/2021<br><br>Net Book Value of Debtor's interest<br>Where available):<br>Unknown<br><br>Valuation Method used for<br>current value:<br>Recent cost<br><br>Current value of debtor's<br>interest:<br>$360,000.00<br><br>5/17/22 Filed Trustee's Motion for Order Authorizing Trustee to Abandon Inventory [Docket 89]<br><br>6/7/22 Order entered Authorizing Trustee to Abandon Inventory [Docket 93] | 360,000.00 | 360,000.00 | OA | 0.00 | FA |
| 4 | INVENTORY<br><br>Finished goods, including goods held for resale:<br>Masks and filters,<br><br>Date of the last physical inventory:<br>09/03/2021<br><br>Net book value of debtor's interest<br>(Where available):<br>Unknown<br><br>Valuation method used for<br>current value:<br>Recent cost<br><br>Current value of debtor's<br>interest:<br>$919,026.00<br><br>5/17/22 Filed Trustee's Motion for Order Authorizing Trustee to Abandon Inventory [Docket 89]<br><br>6/7/22 Order entered Authorizing Trustee to Abandon Inventory [Docket 93] | 919,026.00 | 919,026.00 | OA | 0.00 | FA |

| Case No.: | 21-48141 MAR | Trustee Name: | (420030) Kenneth A. Nathan |
| --- | --- | --- | --- |
| Case Name: | REDCLIFFE MEDICAL DEVICES INC. | Date Filed (f) or Converted (c): | 10/13/2021 (f) |
| | | § 341(a) Meeting Date: | 11/08/2021 |
| For Period Ending: | 01/10/2023 | Claims Bar Date: | 03/10/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 5 | OFFICE EQUIPMENT<br><br>General description:<br>3D Printers ( 4)<br>Bar Code Printer (1)<br>Computer (1 )<br><br>Net book value of debtor's interest (Where available):<br>$0.00<br><br>Valuation method used for current value:<br>Comparable sale<br><br>Current value of debtor's interest:<br>$10,000.00<br><br>9/13/22 Filed Trustee's Motion for Approval of Sale Procedures [Docket 123]<br><br>10/11/22 Order entered Approving Sale Procedures [Docket 126]<br><br>11/2/22 Filed Report of Sale [Docket 127] | 10,000.00 | 0.00 | | 3,005.85 | FA |
| 6 | INTANGIBLES AND INTELLECTUAL PROPERTY<br>General description:<br>Internet domain names and websites:<br>leaf.healthcare<br><br>Net book value of debtor's interest (Where available):<br>Unknown<br><br>Valuation method used for current value:<br>N/A<br><br>Current value of debtor's interest:<br>Unknown | Unknown | 0.00 | | 0.00 | FA |
| 7 | CLAIMS AGAINST THIRD PARTIES<br>Causes of action against third parties (whether or not a lawsuit has been filed)<br>First Data Merchant Services LLC - under agreement was to process credit card sales for the Debtor..<br><br>Nature of claim: Money withheld from credit card processing.<br><br>Amount Requested: $61,227.27 | 61,227.27 | 61,227.27 | | 182,781.98 | FA |

| | | |
|---|---|---|
| **Case No.:** 21-48141 MAR | **Trustee Name:** | (420030) Kenneth A. Nathan |
| **Case Name:** REDCLIFFE MEDICAL DEVICES INC. | **Date Filed (f) or Converted (c):** | 10/13/2021 (f) |
| | **§ 341(a) Meeting Date:** | 11/08/2021 |
| **For Period Ending:** 01/10/2023 | **Claims Bar Date:** | 03/10/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | CLAIMS AGAINST THIRD PARTIES<br><br>Causes of action against third parties (whether or not a lawsuit has been filed):<br>Indiegogo, Inc. - crowdfunding website..<br><br>Nature of claim: Money withheld from Debtor's crowdfunding campaign<br><br>Amount Requested: $22,995.80<br><br>-----------------------------------------------------------<br><br>4/27/22 Initiated Adv. Proceeding<br>Case No. 22-04063<br><br>Kenneth A. Nathan, Trustee v Indiegogo, Inc.<br>-----------------------------------------------------------<br>5/6/22 Filed Trustee's Motion for Order Authorizing Trustee to Compromise Claim of the Estate Against Indiegogo, Inc. for $22,000.00 in exchange for dismissal with prejudice of the adversary proceeding and release of the claim to the remaining funds [Docket 87]<br><br>6/3/22 Order entered Granting Trustee's Motion for Order Authorizing Trustee to Compromise Claim of the Estate Against Indiegogo, Inc. [Docket 91] | 22,995.80 | 22,995.80 | | 22,000.00 | FA |
| 9 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>DHL Global Forwarding<br><br>Nature of claim: Loss of Debtor's products<br><br>Amount Requested: $350,000.00 | 350,000.00 | 350,000.00 | | 0.00 | 350,000.00 |
| 10 | DEPOSITS OF MONEY (u)<br>Bank Account | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 11 | INTANGIBLES AND INTELLECTUAL PROPERTY<br>Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107?<br><br>Yes | 0.00 | 0.00 | | 0.00 | FA |
| 12 | POTENTIAL TRANSFERS (u)<br>Potential intercompany transfers<br><br>11/7/22 Initiated Adversary Proceeding to recover property of the estate<br><br>Kenneth A Nathan, Trustee vs<br>Lalit Kumar a/k/a Lalit Verma,<br>Nalin Chaudhry, Leaf Home, LLC,<br>F & L Engineering and Consulting, Inc., L Capital and Investments, Inc., Redcliffe Life Science, Inc., Future Finance Investments, LLC, Future Finance Islamic Investments, LLC, Future Machine and Tools, LLC, Cherry Industries, LLC, Manchester United Technologies, LLC, ABT Auto Investments, LLC, Out in Global Solutions, LLC, Future Trends, Inc., jointly and severally,<br><br>Adv. Proc. Case No. 22-04310 | 0.00 | Unknown | | 0.00 | Unknown |
| 13 | VOID (u) | VOID | VOID | VOID | VOID | VOID |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case No.:** 21-48141 MAR  
**Case Name:** REDCLIFFE MEDICAL DEVICES INC.  
**For Period Ending:** 01/10/2023

**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 10/13/2021 (f)  
**§ 341(a) Meeting Date:** 11/08/2021  
**Claims Bar Date:** 03/10/2022

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Assets Totals (Excluding unknown values) | $1,743,749.07 | $1,728,249.07 | | $222,787.83 | $350,000.00 |

**Major Activities Affecting Case Closing:**

    1/6/23 filed Second Motion for Order Compelling Frank C. Kerr to produce documents and to issue subpoenas [Docket 144]  
    1/6/23 Stipulated with U.S. Trustee regarding fee app of Osipov Bigelman (reduced fees $2,000.00); Order entered [Dockets 142 and 143]  
    12/20/22 Hrg set on App for Compensation of Osipov Bigelman {Hrg 1/9/23 at 11:00 a.m.} [Docket 141]  
    12/14/22 The U.S. Trustee objected to First Interim Fee Application of Osipov Bigelman [Docket 140]  
    11/23/22 Filed First Interim Fee Applications for Trustee and Trustee's counsel [Dockets 135 and 136]  
    11/17/22 Withdrew Trustee's Motion for Order Compelling Joseph A. Siciliano to produce documents [Docket 134]  
    11/7/22 Filed Trustee's Motion for Order Compelling Frank C. Kerr to produce documents and to issue subpoenas [Docket 131]  
    11/7/22 Filed Trustee's Motion for Order Compelling Joseph A. Siciliano to produce documents and to issue subpoenas [Docket 130]  
    11/7/22 Initiated Adversary Proceeding against Lalit Kumar, et al. {Asset No. 12}  
    11/2/22 Filed Application to Pay Auctioneer; Order entered [Dockets 128 and 129]  
    9/30/22 Issued and served several subpoenas for production of documents  
    9/7/22 Employing RJ Montgomery Auctioneer to sell office equipment; Motion filed; Order entered [Dockets 120 and 122]  
    8/22/22 Claim No. 436 withdrawn [Docket 119]  
    8/1/22 Notice to Take Deposition of Debtor's principal, Lalit Kumar, by zoom [Docket 111]  
    6/27/22 Resolved Debtor's Response to Trustee's Motion to Compel; Stipulation filed; Order entered [Dockets 98 and 99]  
    6/14/22 Hearing scheduled om Response to Trustee's Motion to Compel {Hrg scheduled 6/27/22 at 10:00 a.m.} [Docket 97]  
    6/7/22 Debtor filed response to Trustee's Motion to Compel [Docket 95]  
    5/17/22 Abandoning Inventory; Motion filed [Docket 89]  
    5/10/22 Filed Trustee's Motion for Order (1) Compelling Debtor's Principal Lalit Kumar to Produce Documents and Appear for Examination, and (2) for Authority to Issue Subpoenas Pursuant to Fed. R. Bankr. P. 2004 [Docket 88]  
    5/6/22 Settled Adv. Proc. Case No. 22-04063 for $22,000.00; Motion filed [Docket 87]  
    4/27/22 Initiated adversary proceeding against Indiegogo, Inc.{Adv. Proc. Case No. 22-04063}  
    3/31/22 Investigating value/salability of inventory and claims against third parties  
    2/28/22 Working with FDA and Department of Justice to determine if inventory is saleable.  
    2/9/22 Filed Stipulation between Trustee and Debtor re: Inventory Inspection by Food and Drug Administration, Order entered [Dockets 54 and 55, respectively]  
    1/28/22 Filed Motion to Limit Notice of pleadings and papers; Order entered [Dockets 50 and 59, respectively]  
    12/14/21 Stipulation for Entry of Order Governing the Protection and Exchange of Confidential Material was filed, Order entered [Dockets 40 and 41]  
    12/10/21 Filed Notice of Assets {Claims bar date 3/10/2022} [Docket 39]

**Initial Projected Date Of Final Report (TFR):** 12/31/2024     **Current Projected Date Of Final Report (TFR):** 12/31/2024

| 01/10/2023 | /s/Kenneth A. Nathan |
|---|---|
| Date | Kenneth A. Nathan |

21-48141-mar    Doc 145    Filed 01/10/23    Entered 01/10/23 17:54:40    Page 4 of 7

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case No.: | 21-48141 MAR |
| Case Name: | REDCLIFFE MEDICAL DEVICES INC. |
| Taxpayer ID #: | **-***2178 |
| For Period Ending: | 01/10/2023 |

| | |
|---|---|
| Trustee Name: | Kenneth A. Nathan (420030) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******8111 Checking |
| Blanket Bond (per case limit): | $2,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/21 | {10} | Osbig, PC dba Osipov Bigelman P.C. IOLTA | Close out of bank account | 1229-000 | 15,000.00 | | 15,000.00 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.23 | 14,976.77 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.20 | 14,953.57 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 22.36 | 14,931.21 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.32 | 14,904.89 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.08 | 14,881.81 |
| 05/23/22 | {7} | Fiserv [f/k/a First Data Merchan Services, LLC | Turnover of credit card processing fees per demand letter dated 4/6/22 | 1149-000 | 182,781.98 | | 197,663.79 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 62.11 | 197,601.68 |
| 06/22/22 | {8} | Osbid, PC | Payment on compromise settlement p/o 6/3/22 | 1149-000 | 22,000.00 | | 219,601.68 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 355.43 | 219,246.25 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 339.67 | 218,906.58 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 385.93 | 218,520.65 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 350.22 | 218,170.43 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 338.01 | 217,832.42 |
| 11/02/22 | {5} | RJ Montgomery Associates Inc. | Auction proceeds p/o 10/11/22 | 1129-000 | 3,005.85 | | 220,838.27 |
| 11/08/22 | 101 | R.J. Montgomery & Associates, Inc. | Auctioneer fees p/o 11/3/22 | 3610-000 | | 414.60 | 220,423.67 |
| 11/08/22 | 102 | R.J. Montgomery & Associates, Inc. | Auctioneer expenses p/o 11/3/22 | 3620-000 | | 274.16 | 220,149.51 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 376.33 | 219,773.18 |
| 12/20/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX1094 | Transition Debit to TriState Capital Bank acct XXXXXX1094 | 9999-000 | | 219,773.18 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 222,787.83 | 2 | Checks | 688.76 |
| 0 | Interest Postings | 0.00 | 12 | Adjustments Out | 2,325.89 |
| | Subtotal | 222,787.83 | 1 | Transfers Out | 219,773.18 |
| 0 | Adjustments In | 0.00 | | Total | 222,787.83 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 222,787.83 | | | |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)                                                                                                           ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 21-48141  MAR | Trustee Name: | Kenneth A. Nathan (420030) |
|---|---|---|---|
| Case Name: | REDCLIFFE MEDICAL DEVICES INC. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2178 | Account #: | ******1094 Checking Account |
| For Period Ending: | 01/10/2023 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX8111 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX8111 | 9999-000 | 219,773.18 | | 219,773.18 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 352.23 | 219,420.95 |
| 01/04/23 | 1000 | Insurance Partners | Blanket bond 11.1.22 through 10.31.23 | 2300-000 | | ! 223.80 | 219,197.15 |
| 01/09/23 | 1001 | Osipov Bigelman, P.C. | 90% of allowed first interim fees p/o 1/6/23 | 3210-000 | | ! 96,588.45 | 122,608.70 |
| 01/09/23 | 1002 | Osipov Bigelman, P.C. | First interim expenses allowed p/o 1/6/23 | 3220-000 | | ! 2,242.06 | 120,366.64 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 3 | Checks | 99,054.31 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 352.23 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 99,406.54 |
| 1 | Transfers In | 219,773.18 | | | |
| | Total | 219,773.18 | | | |

Page Subtotals:    $219,773.18    $99,406.54

{ } Asset Reference(s)                                                                                                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** 21-48141 MAR | **Trustee Name:** Kenneth A. Nathan (420030) |
| **Case Name:** REDCLIFFE MEDICAL DEVICES INC. | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** **-***2178 | **Account #:** ******1094 Checking Account |
| **For Period Ending:** 01/10/2023 | **Blanket Bond (per case limit):** $2,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---:|
| Net Receipts: | $222,787.83 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $222,787.83 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8111 Checking | $222,787.83 | $3,014.65 | $0.00 |
| ******1094 Checking Account | $0.00 | $99,406.54 | $120,366.64 |
| | **$222,787.83** | **$102,421.19** | **$120,366.64** |

01/10/2023
Date

/s/Kenneth A. Nathan
Kenneth A. Nathan