**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the matter of:

REDCLIFFE MEDICAL DEVICES INC.

Case No. 21-48141 MAR
Chapter 7
Hon. MARK A. RANDON

Debtor(s)

---

CERTIFICATE OF DISTRIBUTION

Now comes Kenneth A. Nathan, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $622,787.83, and disbursed $213,095.53, leaving a balance on hand of $409,692.30, which funds are lodged in an account in TriState Capital Bank.

3. Subsequent to filing the Final Report, a claim was filed by New York State Department of Tax & Finance (Claim 798). An Order was entered on November 6, 2023 authorizing Trustee to pay Claim 798. Furthermore, an objection was filed to the Final Report. After hearing on November 27, 2023, the Court heard argument on the objection and for the reasons stated on the record, the objection was overruled and Trustee authorized to the filing of this Certificate of Distribution with no further notice required.

3. That, of the funds on hand, the following distribution should be made:

1

Chapter 7 Admin. Expenses

| Claimant | Reason | Total Allowed | Interim Pmts to Date | % Paid | Amount to be Paid |
|---|---|---|---|---|---|
| Kenneth A. Nathan, Trustee | Trustee Compensation p/o 11/30/23 | 34,389.39 | 8,371.06 | 100.00 | 26,018.33 |
| Kenneth A. Nathan, Trustee | Trustee Expenses p/o 11/30/23 | 664.07 | 0.00 | 100.00 | 664.07 |
| R.J. Montgomery & Associates, Inc. | Auctioneer Fees p/o 11/3/22 | 414.60 | 414.60 | 100.00 | 0.00 |
| R.J. Montgomery & Associates, Inc. | Auctioneer Expenses p/o 11/3/22 | 274.16 | 274.16 | 100.00 | 0.00 |
| U.S. Bankruptcy Court | Charges | 700.00 | 0.00 | 100.00 | 700.00 |
| Osipov Bigelman, P.C. | Atty for Trustee Fees (Other Firm) p/o 10/25/23 | 205,945.50 | 186,728.45 | 100.00 | 19,217.05 |
| Osipov Bigelman, P.C. | Atty for Trustee Expenses (Other Firm) p/o 10/25/23 | 2,738.09 | 2,615.52 | 100.00 | 122.57 |
| | | $244,437.05 | | | $46,722.02 |

Priority Claims §507(a)(6) - Consumer Deposits

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 218 | Karen Falle | 209.00 | 100.00 | 209.00 |
| 236 | D Lock | 103.00 | 100.00 | 103.00 |
| 257 | Jerry Malveaux | 912.00 | 100.00 | 912.00 |
| 271 | Nolan Garrett | 386.00 | 100.00 | 386.00 |
| 277 | Bradford Cottel | 386.00 | 100.00 | 386.00 |
| 286 | Darlene Robinson | 467.00 | 100.00 | 467.00 |
| 388 | DONG UK YI | 1,043.00 | 100.00 | 1,043.00 |
| 434 | Jeff Swain | 223.00 | 100.00 | 223.00 |
| 545 | James Kaster | 1,583.00 | 100.00 | 1,583.00 |
| 791 | American Alternative Insurance Corporation | 107,780.00 | 100.00 | 107,780.00 |
| | Subtotals: | $113,092.00 | | $113,092.00 |

Priority Claims §507(a)(8) - Tax Claims

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1P | State of Alabama Department of Revenue | 306.67 | 100.00 | 306.67 |

| | | | | |
|---|---|---:|---:|---:|
| 113P | Missouri Department of Revenue | 959.12 | 100.00 | 959.12 |
| 128P | Mississippi Department of Revenue | 1,509.00 | 100.00 | 1,509.00 |
| 134 | South Dakota Department of Revenue | 119.86 | 100.00 | 119.86 |
| 207P | Michigan Department of Treasury | 8,920.81 | 100.00 | 8,920.81 |
| 227P | Commonwealth of Kentucky Department of Revenue | 2,011.64 | 100.00 | 2,011.64 |
| 245P | Idaho State Tax Commission | 369.14 | 100.00 | 369.14 |
| 267P | Iowa Department of Revenue | 560.86 | 100.00 | 560.86 |
| 290 | State of New Jersey Division of Taxation | 1,300.00 | 100.00 | 1,300.00 |
| 291 | State of New Jersey Division of Taxation | 3,900.00 | 100.00 | 3,900.00 |
| 330P | Indiana Department of Revenue | 445.28 | 100.00 | 445.28 |
| 355P | Comptroller of Public Accounts | 1,790.20 | 100.00 | 1,790.20 |
| 356P | Comptroller of Public Accounts | 14,660.50 | 100.00 | 14,660.50 |
| 390 | ND Office of State Tax Commissioner | 167.60 | 100.00 | 167.60 |
| 403P | Arizona Department of Revenue | 509.56 | 100.00 | 509.56 |
| 420P | North Carolina Department of Revenue | 22.24 | 100.00 | 22.24 |
| 435P | MASSACHUSETTS DEPARTMENT OF REVENUE | 1,507.50 | 100.00 | 1,507.50 |
| 541P | Tennessee Department of Revenue | 4,147.67 | 100.00 | 4,147.67 |
| 597P | Illinois Department of Revenue | 21.95 | 100.00 | 21.95 |
| 608 | North Dakota Office Of State Tax Commissioner | 167.60 | 100.00 | 167.60 |
| 633P | State of Florida - Department of Revenue | 6,888.31 | 100.00 | 6,888.31 |
| 766P | California Department of Tax and Fee Administration | 67,736.56 | 100.00 | 67,736.56 |
| 777P | Wisconsin Department of Revenue | 3,079.39 | 100.00 | 3,079.39 |
| 778 | Internal Revenue Service | 1,100.00 | 100.00 | 1,100.00 |
| 780P | Rhode Island Division of Taxation | 468.85 | 100.00 | 468.85 |
| 781P | Rhode Island Division of Taxation | 330.60 | 100.00 | 330.60 |
| 798P | New York State Department of Tax & Finance | 14,514.34 | 100.00 | 14,514.34 |
| | Subtotals: | $137,515.25 | | $137,515.25 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---:|---:|---:|
| 1U | State of Alabama Department of Revenue | 180.00 | 32.47 | 58.45 |
| 2 | Martine Locke | 123.00 | 32.47 | 39.94 |
| 3 | Anthony P Schmitt | 202.00 | 32.48 | 65.60 |
| 4 | Andrew Karas | 184.00 | 32.47 | 59.75 |
| 5 | Gwen Gades | 193.00 | 32.47 | 62.67 |
| 6 | HELEN SAYLES | 499.00 | 32.47 | 162.04 |
| 7 | Sarah Gagliano | 69.00 | 32.48 | 22.41 |
| 8 | Kelly Cray | 175.00 | 32.47 | 56.83 |
| 9 | Miriam A Delagrange | 204.00 | 32.48 | 66.25 |
| 10 | Jason A Frost | 184.00 | 32.47 | 59.75 |
| 11 | Stacy Solheim | 386.00 | 32.47 | 125.35 |
| 12 | Kim Schive | 386.00 | 32.47 | 125.35 |
| 13 | Barry Eisenberg | 100.00 | 32.47 | 32.47 |
| 14 | Melissa Smith | 273.00 | 32.47 | 88.65 |
| 15 | Lillian Yerukhimovich | 508.00 | 32.47 | 164.97 |
| 16 | Allen Levy | 300.00 | 32.47 | 97.42 |
| 17 | Shannon Thoke | 234.00 | 32.47 | 75.99 |
| 18 | Taylor Koss | 1,000.00 | 32.47 | 324.74 |
| 19 | David H. Yu | 668.00 | 32.47 | 216.93 |
| 20 | Sona Y Shah | 382.74 | 32.47 | 124.29 |
| 21 | Kenneth Hensel | 164.12 | 32.48 | 53.30 |
| 22 | Davide D'Urbino | 367.00 | 32.47 | 119.18 |
| 23 | Jennifer Lea Weaver | 386.00 | 32.47 | 125.35 |
| 24 | Bryan Roe | 367.00 | 32.47 | 119.18 |
| 25 | Marc Himel | 319.00 | 32.47 | 103.59 |
| 26 | Robert Poon | 400.00 | 32.47 | 129.90 |
| 27 | Heather Hale Productions, LLC | 500.00 | 32.47 | 162.37 |
| 28 | Martha Shopsis | 279.00 | 32.47 | 90.60 |
| 29 | James Dean | 275.00 | 32.47 | 89.30 |
| 30 | Mary Anne Razim-FitzSimons | 94.00 | 32.48 | 30.53 |
| 31 | mark keyes | 199.00 | 32.47 | 64.62 |
| 32 | Kristopher Thomas | 508.00 | 32.47 | 164.97 |
| 33 | David Messerly | 1,200.00 | 32.47 | 389.69 |
| 34 | Alicia Gilbert | 625.00 | 32.47 | 202.96 |
| 35 | Keith Minard | 336.00 | 32.47 | 109.11 |
| 36 | Raymond Fischer | 386.00 | 32.47 | 125.35 |
| 37 | David Wilson | 209.00 | 32.47 | 67.87 |
| 38 | Claude Hubert | 580.00 | 32.47 | 188.35 |
| 39 | James Johnson | 331.00 | 32.47 | 107.49 |
| 40 | Albert Kim | 996.00 | 32.47 | 323.44 |
| 41 | paul ryder | 465.00 | 32.47 | 151.00 |
| 42 | Jason Nguyen | 594.00 | 32.47 | 192.89 |
| 43 | Beth Knobel | 319.00 | 32.47 | 103.59 |
| 44 | LAM CHUNG MAN | 393.00 | 32.47 | 127.62 |
| 45 | Seungman Kim | 288.00 | 32.47 | 93.52 |
| 46 | Geronimo Yabut | 708.00 | 32.47 | 229.92 |
| 47 | Julie Reid | 61.00 | 32.48 | 19.81 |
| 48 | Peter Cole | 408.00 | 32.47 | 132.49 |
| 49 | Anthony W Morace | 238.00 | 32.47 | 77.29 |
| 50 | Consuelo Cao | 116.00 | 32.47 | 37.67 |

| | | | | |
|---|---|---:|---:|---:|
| 51 | Michael Reilly | 104.00 | 32.47 | 33.77 |
| 52 | Cheryl Alvarez | 204.00 | 32.48 | 66.25 |
| 53 | Kathryn Marie Werntz | 159.90 | 32.48 | 51.93 |
| 54 | Koen Van de Casteele | 85.00 | 32.47 | 27.60 |
| 55 | Thorsteinn Skansbo | 756.80 | 32.47 | 245.76 |
| 56 | Belinda Bowling | 99.00 | 32.47 | 32.15 |
| 57 | Pierre BROWN | 209.00 | 32.47 | 67.87 |
| 58 | James Bowling | 1,192.00 | 32.47 | 387.09 |
| 60 | Jerry A Taylor | 762.18 | 32.47 | 247.51 |
| 61 | magen d'andrea | 222.00 | 32.47 | 72.09 |
| 62 | Audra Jensen | 94.00 | 32.48 | 30.53 |
| 63 | Kara Casteel | 204.00 | 32.48 | 66.25 |
| 64 | Jason A Frost | 175.00 | 32.47 | 56.83 |
| 65 | Amanda Weaver | 386.00 | 32.47 | 125.35 |
| 66 | Kim Harrison | 204.00 | 32.48 | 66.25 |
| 67 | Matthew Merchand | 317.90 | 32.47 | 103.23 |
| 68 | Stephen Cox | 184.00 | 32.47 | 59.75 |
| 69 | Zach Rovner | 1,046.00 | 32.47 | 339.68 |
| 70 | Bernd Lappe | 109.00 | 32.48 | 35.40 |
| 71 | Richard Owen | 492.00 | 32.47 | 159.77 |
| 72 | Erin Lightman Renner | 184.00 | 32.47 | 59.75 |
| 73 | Manuel Barrera Contreras | 200.00 | 32.47 | 64.95 |
| 74 | Christopher Poulin | 166.09 | 32.48 | 53.94 |
| 75 | ANTHONY S BEARD | 288.00 | 32.47 | 93.52 |
| 76 | Patrick Oldenburg | 331.00 | 32.47 | 107.49 |
| 77 | Gregory D. Roney | 548.43 | 32.47 | 178.10 |
| 78 | Stanley Vaughn Grisham, Jr | 331.00 | 32.47 | 107.49 |
| 79 | Amanda Johnson | 200.00 | 32.47 | 64.95 |
| 80 | David Swett | 386.00 | 32.47 | 125.35 |
| 82 | Mr Tiaan Coetzer | 273.00 | 32.47 | 88.65 |
| 83 | Evan Holt | 61.00 | 32.48 | 19.81 |
| 84 | Fred Bauermeister | 508.00 | 32.47 | 164.97 |
| 85 | John Thomas | 850.00 | 32.47 | 276.03 |
| 86 | Autumn Potter | 188.00 | 32.47 | 61.05 |
| 87 | Andy Tanyatanaboon | 386.00 | 32.47 | 125.35 |
| 88 | 18972 DUQUESNE DR | 184.00 | 32.47 | 59.75 |
| 89 | Cherise Campos | 268.00 | 32.47 | 87.03 |
| 90 | Michael John Pannell | 220.00 | 32.47 | 71.44 |
| 91 | Fnu. Yudistira | 5,684.00 | 32.47 | 1,845.82 |
| 92 | Naomi Hayase | 204.00 | 32.48 | 66.25 |
| 93 | Jose Enrique Solano JR | 1,807.00 | 32.47 | 586.80 |
| 94 | Arnold C. Ashcraft III | 589.00 | 32.47 | 191.27 |
| 95 | Ron LaMee | 253.00 | 32.47 | 82.16 |
| 96 | Howard Gracey | 386.00 | 32.47 | 125.35 |
| 97 | Melanie Solomon | 404.10 | 32.47 | 131.23 |
| 98 | Amy Cora | 393.00 | 32.47 | 127.62 |
| 99 | Richard Berkenbusch | 347.43 | 32.47 | 112.82 |
| 100 | nicolas mathieu | 384.35 | 32.47 | 124.81 |
| 101 | Sarah Scanlon | 184.00 | 32.47 | 59.75 |
| 102 | julia butterworth | 577.24 | 32.47 | 187.45 |
| 103 | Jung Lee | 386.00 | 32.47 | 125.35 |
| 104 | Carla Cuevas | 144.90 | 32.47 | 47.05 |
| 105 | Eileen Keribar Isvan | 337.00 | 32.47 | 109.44 |
| 106 | Consuela Wright | 49.00 | 32.47 | 15.91 |
| 107 | Amy Christina Marshall | 213.00 | 32.47 | 69.17 |
| 108 | Christopher Hayden | 268.00 | 32.47 | 87.03 |

| # | Name | Amount | Rate | Total |
|---|---|---:|---:|---:|
| 109 | Leon Victor U. Uy | 209.00 | 32.47 | 67.87 |
| 110 | Travis McCourtie | 535.00 | 32.47 | 173.74 |
| 111 | C. S. King | 200.00 | 32.47 | 64.95 |
| 112 | Candace Fuller | 199.99 | 32.47 | 64.94 |
| 113U | Missouri Department of Revenue | 189.96 | 32.48 | 61.69 |
| 114 | Onuma Bhakaeo | 579.00 | 32.47 | 188.02 |
| 115 | Paul Marshall | 717.00 | 32.47 | 232.84 |
| 116 | Nathan Chang | 56.00 | 32.48 | 18.19 |
| 117 | Angela M Grubb | 103.00 | 32.48 | 33.45 |
| 118 | Shasta Burton | 212.47 | 32.48 | 69.00 |
| 119 | Brent J. Williams | 517.13 | 32.47 | 167.93 |
| 120 | Eveline Smilack | 386.00 | 32.47 | 125.35 |
| 121 | Neal Soderquist | 204.00 | 32.48 | 66.25 |
| 122 | Erin Reder | 405.00 | 32.47 | 131.52 |
| 123 | Allan Clarke | 104.00 | 32.47 | 33.77 |
| 124 | Betty Cinq-Mars | 188.00 | 32.47 | 61.05 |
| 125 | Mitchell Mintz | 508.00 | 32.47 | 164.97 |
| 126 | Megan Froemke | 204.00 | 32.48 | 66.25 |
| 127 | Faye Lin | 734.00 | 32.47 | 238.36 |
| 128U | Mississippi Department of Revenue | 120.00 | 32.47 | 38.97 |
| 129 | Maotse Robles | 94.00 | 32.48 | 30.53 |
| 130 | alpinecs | 508.00 | 32.47 | 164.97 |
| 131 | Jo Meuris | 94.00 | 32.48 | 30.53 |
| 132 | Edward G Coyne | 285.00 | 32.47 | 92.55 |
| 133 | Jessica Taylor Cho | 204.00 | 32.48 | 66.25 |
| 135 | John Barone | 554.80 | 32.47 | 180.17 |
| 136 | Jill Ortiz | 273.00 | 32.47 | 88.65 |
| 137 | Mark Feuerstraeter | 508.00 | 32.47 | 164.97 |
| 138 | Angela Craytor | 767.00 | 32.47 | 249.07 |
| 140 | Destany Churchwell | 162.00 | 32.48 | 52.61 |
| 141-2 | Wilfreda Jo Villamayor | 13,897.00 | 32.47 | 4,512.90 |
| 142 | Paul Gladfelder | 332.14 | 32.47 | 107.86 |
| 143 | David Callahan | 400.00 | 32.47 | 129.90 |
| 144 | John Darland | 273.00 | 32.47 | 88.65 |
| 145 | Steven Schoenfeld | 386.00 | 32.47 | 125.35 |
| 146 | Nicholas Romeo | 204.00 | 32.48 | 66.25 |
| 147 | Ashley Asberry | 663.00 | 32.47 | 215.30 |
| 148 | Jeffery William Wuschanakowski | 386.00 | 32.47 | 125.35 |
| 149 | Mark D'Elicio | 204.00 | 32.48 | 66.25 |
| 150 | Margaret Boone | 723.00 | 32.47 | 234.79 |
| 151 | Gregory Free | 708.00 | 32.47 | 229.92 |
| 152 | Michael Sakasegawa | 386.00 | 32.47 | 125.35 |
| 153 | Richard L Whittier | 204.00 | 32.48 | 66.25 |
| 154 | Darren M Sakurai | 663.00 | 32.47 | 215.30 |
| 155 | pkarellas | 708.00 | 32.47 | 229.92 |
| 156 | Sadie Saxton | 94.00 | 32.48 | 30.53 |
| 157 | Julie McCauley | 425.00 | 32.47 | 138.01 |
| 158 | James Yoneshige | 386.00 | 32.47 | 125.35 |
| 159 | Kathy Cain | 386.00 | 32.47 | 125.35 |
| 160 | Lillie Smith | 204.00 | 32.48 | 66.25 |
| 161 | Julia Preziosi | 379.00 | 32.47 | 123.08 |
| 162 | Bradley Smith | 561.00 | 32.47 | 182.18 |
| 163 | Katie Walker | 94.00 | 32.48 | 30.53 |

| # | Name | Amount | Rate | Total |
|---|---|---:|---:|---:|
| 164 | Andrew Weiss | 386.00 | 32.47 | 125.35 |
| 165 | Dr Gabriele Teichmann | 632.00 | 32.47 | 205.23 |
| 166 | Tracy L. Milkay | 646.00 | 32.47 | 209.78 |
| 167 | Devin Thomas | 184.00 | 32.47 | 59.75 |
| 168 | Renee Tate | 685.00 | 32.47 | 222.45 |
| 169 | Sabine Hiller | 198.00 | 32.47 | 64.30 |
| 170 | Patrick J. Grinsell Jr. | 386.00 | 32.47 | 125.35 |
| 171 | Stephen Melzer | 204.00 | 32.48 | 66.25 |
| 172 | Sandra Harberger | 154.00 | 32.47 | 50.01 |
| 173 | David Steiner | 204.00 | 32.48 | 66.25 |
| 174 | Sue Anderson | 636.00 | 32.47 | 206.53 |
| 175 | Irwin Bennett | 204.00 | 32.48 | 66.25 |
| 176 | Ileana Frometa Grillo | 386.00 | 32.47 | 125.35 |
| 177 | Paul Anderson | 204.00 | 32.48 | 66.25 |
| 178 | Stephen Moore | 764.00 | 32.47 | 248.10 |
| 179 | Jerry A Taylor | 762.18 | 32.47 | 247.51 |
| 180 | Frank Faris | 285.00 | 32.47 | 92.55 |
| 181 | Aaron Endo | 386.00 | 32.47 | 125.35 |
| 182 | Raymond A. Rogers | 199.00 | 32.47 | 64.62 |
| 183 | Ceserani Marco Giuseppe | 577.14 | 32.47 | 187.42 |
| 184 | Sujung Choi | 508.00 | 32.47 | 164.97 |
| 185 | MARCELLE COSTANZA | 100.00 | 32.47 | 32.47 |
| 186 | Michael Muller | 260.00 | 32.47 | 84.43 |
| 187 | Vicki L. Rhodes, MD | 200.00 | 32.47 | 64.95 |
| 188 | Chantal Patterson | 696.00 | 32.47 | 226.02 |
| 189 | Douglas M Kahn | 285.00 | 32.47 | 92.55 |
| 190 | Plattsburgh Oral Surgery PC | 1,167.86 | 32.47 | 379.25 |
| 191 | Cody Christopher Biggs | 654.26 | 32.47 | 212.46 |
| 192 | Andy Yip | 584.00 | 32.47 | 189.65 |
| 193 | Harry Morse | 204.00 | 32.48 | 66.25 |
| 194 | Caitlin Brown | 305.00 | 32.48 | 99.05 |
| 195 | Tim Ditzler | 708.00 | 32.47 | 229.92 |
| 196 | Cherish Cart | 386.00 | 32.47 | 125.35 |
| 197 | David Bayer | 379.00 | 32.47 | 123.08 |
| 198 | Dani L. Moore | 204.00 | 32.48 | 66.25 |
| 199 | Jessie Deemer/Phillips | 386.00 | 32.47 | 125.35 |
| 200 | Phillip Shoemaker | 386.00 | 32.47 | 125.35 |
| 201 | Krystal Davis | 1,153.50 | 32.47 | 374.59 |
| 202 | Steven Sinclair | 684.59 | 32.47 | 222.31 |
| 203 | ROBERT SHERMAN | 344.00 | 32.47 | 111.71 |
| 204 | Charles Stephen Galloway | 592.04 | 32.47 | 192.26 |
| 205 | Stanley Vaughn Grisham, Jr | 331.00 | 32.47 | 107.49 |
| 206 | Jeffrey D Barlett | 415.00 | 32.47 | 134.77 |
| 207U | Michigan Department of Treasury | 1,958.78 | 32.47 | 636.09 |
| 208 | Robert Westfall | 331.00 | 32.47 | 107.49 |
| 209 | Marilyn Wolfson | 204.00 | 32.48 | 66.25 |
| 210 | Pramod Gumpeni | 282.09 | 32.48 | 91.61 |
| 211 | Jamie Buzil | 568.00 | 32.47 | 184.45 |
| 212 | Grace Stoney | 1,054.00 | 32.47 | 342.27 |
| 213 | James Johnson | 356.00 | 32.47 | 115.61 |
| 214 | susan wagner | 150.00 | 32.47 | 48.71 |
| 215 | Steven Tolzmann | 204.00 | 32.48 | 66.25 |
| 216 | Rod Davis | 127.00 | 32.47 | 41.24 |
| 217 | Dagmar VonDiessl | 573.00 | 32.47 | 186.08 |
| 219 | Marlaina Dixson | 204.00 | 32.48 | 66.25 |

| | | | | |
|---|---|---:|---:|---:|
| 220 | Gregory Breiland | 538.24 | 32.47 | 174.79 |
| 221 | Edward Bursk | 708.00 | 32.47 | 229.92 |
| 222 | David Stoney | 316.00 | 32.47 | 102.62 |
| 223 | Elise Lawrence | 669.00 | 32.47 | 217.25 |
| 224 | Aliesa George | 386.00 | 32.47 | 125.35 |
| 225 | Brian Burk | 1,562.00 | 32.47 | 507.24 |
| 226 | Asheel Patel | 1,110.95 | 32.47 | 360.77 |
| 227U | Commonwealth of Kentucky Department of Revenue | 60.00 | 32.47 | 19.48 |
| 228 | Ashwin Philips | 204.00 | 32.48 | 66.25 |
| 229 | Bradley R. Bernstein | 424.00 | 32.47 | 137.69 |
| 230 | Jody Kraus | 2,175.58 | 32.47 | 706.50 |
| 231 | Rainer Kronemeyer | 379.00 | 32.47 | 123.08 |
| 232 | Suzanne Gillingham | 204.00 | 32.48 | 66.25 |
| 233 | Abel Pau Maestre | 180.00 | 32.47 | 58.45 |
| 234 | Kevin Maginnis | 548.00 | 32.47 | 177.96 |
| 235 | miyazawa2 | 708.00 | 32.47 | 229.92 |
| 237 | Mario J Zarama | 268.00 | 32.47 | 87.03 |
| 238 | Claire Hartley | 204.00 | 32.48 | 66.25 |
| 239 | BETHANY EDGOOSE | 663.00 | 32.47 | 215.30 |
| 240 | Leonardo A. Adame | 331.00 | 32.47 | 107.49 |
| 241 | genjianb | 204.00 | 32.48 | 66.25 |
| 242 | Alice Walker | 1,416.00 | 32.47 | 459.83 |
| 243 | Natalie Grammer | 367.00 | 32.47 | 119.18 |
| 244 | Justin Vegh | 175.00 | 32.47 | 56.83 |
| 245U | Idaho State Tax Commission | 88.05 | 32.47 | 28.59 |
| 246 | Cathy Larrain | 846.00 | 32.47 | 274.73 |
| 247 | Yasamin Houshmand | 562.00 | 32.47 | 182.50 |
| 248 | Christopher B. Miller | 386.00 | 32.47 | 125.35 |
| 249 | Elizabeth Galati | 2,013.49 | 32.47 | 653.86 |
| 250 | Ronald Curtis Galyon | 698.98 | 32.47 | 226.99 |
| 251 | David Smith | 204.00 | 32.48 | 66.25 |
| 252 | Marie-Eve Archambault | 54.00 | 32.48 | 17.54 |
| 253 | Erica Kerrin | 366.90 | 32.47 | 119.15 |
| 254-3 | Lam Hi Sing | 10,123.00 | 32.47 | 3,287.33 |
| 255 | David Black | 285.00 | 32.47 | 92.55 |
| 256 | Annabelle Frankl | 379.00 | 32.47 | 123.08 |
| 258 | Laura Lynch | 708.00 | 32.47 | 229.92 |
| 259 | John Parker | 559.00 | 32.47 | 181.53 |
| 260 | John Q. | 168.00 | 32.48 | 54.56 |
| 261 | Scott Archer | 508.00 | 32.47 | 164.97 |
| 262 | Paul Asenjo | 3,002.90 | 32.47 | 975.16 |
| 263 | robert litman | 785.00 | 32.47 | 254.92 |
| 264 | Diana Nelson | 331.00 | 32.47 | 107.49 |
| 265 | Yoshiaki Obara | 540.00 | 32.47 | 175.36 |
| 266 | Nicole Taylor | 295.00 | 32.47 | 95.80 |
| 267U | Iowa Department of Revenue | 30.00 | 32.47 | 9.74 |
| 268 | Tony Schmid | 199.00 | 32.47 | 64.62 |
| 269 | Marsha Gillespie | 95.00 | 32.47 | 30.85 |
| 270 | Stefan Kallweit | 204.00 | 32.48 | 66.25 |
| 272 | Alan Nance | 209.00 | 32.47 | 67.87 |
| 273 | Daniel B Reid | 737.00 | 32.47 | 239.33 |
| 274 | Marc Daniel | 204.00 | 32.48 | 66.25 |
| 275 | Lawrence Rowland | 204.00 | 32.48 | 66.25 |
| 276 | Yvonne T. Griffin | 386.00 | 32.47 | 125.35 |
| 278 | Mike. De Waha | 273.00 | 32.47 | 88.65 |

| | | | | |
|---|---|---|---|---|
| 279 | David Zacks | 393.00 | 32.47 | 127.62 |
| 280 | Jamie Lemaitre | 477.24 | 32.47 | 154.98 |
| 281 | Ron Landon | 401.80 | 32.47 | 130.48 |
| 282 | Jeffrey Fox | 184.00 | 32.47 | 59.75 |
| 283 | Joseph Ganzler | 386.00 | 32.47 | 125.35 |
| 284 | Betty Atkins | 568.00 | 32.47 | 184.45 |
| 285 | Dax Kimbrough | 154.00 | 32.47 | 50.01 |
| 287 | Fred Urban | 268.00 | 32.47 | 87.03 |
| 288 | Maria Angela Ortegon | 575.00 | 32.47 | 186.72 |
| 289 | Michael Pannell | 222.59 | 32.47 | 72.28 |
| 292 | Anna Marchefka | 204.00 | 32.48 | 66.25 |
| 293 | Jonathan Wurster | 331.00 | 32.47 | 107.49 |
| 294 | John Mulloy | 89.00 | 32.47 | 28.90 |
| 295 | Tri Vuu | 386.00 | 32.47 | 125.35 |
| 296 | dj_double_r | 393.00 | 32.47 | 127.62 |
| 297 | Jason Howe | 331.00 | 32.47 | 107.49 |
| 298 | Robin Stine | 592.35 | 32.47 | 192.36 |
| 299 | Thomas Brymer | 360.99 | 32.47 | 117.23 |
| 300 | Andrew McCurdy | 379.00 | 32.47 | 123.08 |
| 301 | Margie torres | 110.00 | 32.47 | 35.72 |
| 302 | vanessa.kampstra | 298.00 | 32.47 | 96.77 |
| 303 | CELESTE BOVE | 386.00 | 32.47 | 125.35 |
| 304 | David Lee | 364.00 | 32.47 | 118.20 |
| 305 | Christopher Hall | 386.00 | 32.47 | 125.35 |
| 306 | Sandra Harberger | 154.00 | 32.47 | 50.01 |
| 307 | Haviz Royro Zaman | 517.99 | 32.47 | 168.21 |
| 308 | George Gelman Kipnis | 1,262.49 | 32.47 | 409.98 |
| 309 | Aleta Karstad Schueler | 342.00 | 32.47 | 111.06 |
| 310 | Leon Victor U. Uy | 209.00 | 32.47 | 67.87 |
| 311 | Shannon Kishel | 112.00 | 32.47 | 36.37 |
| 312 | Jennifer Sacco | 616.00 | 32.47 | 200.04 |
| 313 | Ganesh C Nandy | 319.00 | 32.47 | 103.59 |
| 314 | Sergei Dolia | 209.00 | 32.47 | 67.87 |
| 315 | Mahendra Bickhram | 907.00 | 32.47 | 294.54 |
| 316 | Kathryn Le | 204.00 | 32.48 | 66.25 |
| 317 | Eric Herreman | 189.00 | 32.48 | 61.38 |
| 318 | Nicole Mezo | 184.00 | 32.47 | 59.75 |
| 319 | Raul Alicea | 189.00 | 32.48 | 61.38 |
| 320 | STUART HIROYASU | 319.00 | 32.47 | 103.59 |
| 321 | Daniel Chang | 326.00 | 32.47 | 105.86 |
| 322 | Bonnie L. Culbertson | 204.00 | 32.48 | 66.25 |
| 323 | Margaret Tolbert | 386.00 | 32.47 | 125.35 |
| 324 | Stormy D Maddux | 94.00 | 32.48 | 30.53 |
| 325 | Anna Lisa Tse | 563.00 | 32.47 | 182.83 |
| 326 | Angela M Lowry | 172.00 | 32.48 | 55.86 |
| 328 | Bryan Roe | 367.00 | 32.47 | 119.18 |
| 329 | paul ryder | 465.00 | 32.47 | 151.00 |
| 330U | Indiana Department of Revenue | 88.35 | 32.47 | 28.69 |
| 331 | Phillip Wozny | 717.00 | 32.47 | 232.84 |
| 332 | Felix gunawan | 746.00 | 32.47 | 242.26 |
| 333 | Maria Soler Soler | 2,004.00 | 32.47 | 650.78 |
| 334 | Xavier Laguarta Soler | 674.00 | 32.47 | 218.87 |
| 335 | Wong Long HAW | 406.00 | 32.47 | 131.84 |
| 336 | Joanna Nigrelli | 845.34 | 32.47 | 274.51 |
| 337 | Michelle Pyser | 331.00 | 32.47 | 107.49 |

| | | | | |
|---|---|---|---|---|
| 338 | Brittney winter | 708.00 | 32.47 | 229.92 |
| 339 | Kristian McIntyre | 341.00 | 32.48 | 110.74 |
| 340 | Lanita Stokes | 160.00 | 32.47 | 51.96 |
| 341 | Michael David Geurin | 957.00 | 32.47 | 310.78 |
| 342 | Benedicto Baronia | 2,214.00 | 32.47 | 718.97 |
| 343 | Daryl Crouse | 323.00 | 32.47 | 104.89 |
| 344 | Alana Denison | 244.00 | 32.48 | 79.24 |
| 345 | Rose Johnson | 295.00 | 32.47 | 95.80 |
| 346 | Esther Tang | 568.00 | 32.47 | 184.45 |
| 347 | Mike Duh | 83.63 | 32.48 | 27.16 |
| 348 | Angela Miller | 568.00 | 32.47 | 184.45 |
| 349 | Lawrence Spivack | 101.00 | 32.48 | 32.80 |
| 350 | Kristian Schnappauf | 209.00 | 32.47 | 67.87 |
| 351 | David Jones | 584.46 | 32.47 | 189.80 |
| 352 | Hannah Machado | 204.00 | 32.48 | 66.25 |
| 353 | Beth Knobel | 319.00 | 32.47 | 103.59 |
| 354 | Bernadeth Romero-Edens | 386.00 | 32.47 | 125.35 |
| 355U | Comptroller of Public Accounts | 100.00 | 32.47 | 32.47 |
| 356U | Comptroller of Public Accounts | 2,755.73 | 32.47 | 894.89 |
| 357 | Agustin Labanda Blanco | 417.60 | 32.47 | 135.61 |
| 358 | John Compton | 324.00 | 32.48 | 105.22 |
| 359 | James Tobyne | 364.00 | 32.47 | 118.20 |
| 361 | Christopher Thurman | 689.69 | 32.47 | 223.97 |
| 362 | Andre Inigo / Andre Christian | 1,411.59 | 32.47 | 458.40 |
| 363 | Guillermo Zacarias | 386.00 | 32.47 | 125.35 |
| 364 | Melissa Canaday | 625.00 | 32.47 | 202.96 |
| 365 | Stephen Melzer | 204.00 | 32.48 | 66.25 |
| 366 | Jon Christopher Nissley-Beaumont | 382.00 | 32.47 | 124.05 |
| 367 | Jon Seeley | 957.00 | 32.47 | 310.78 |
| 368 | Shae Connor | 584.00 | 32.47 | 189.65 |
| 369 | Meghan Ferry | 205.00 | 32.47 | 66.57 |
| 370 | Kathleen Vezina | 250.70 | 32.47 | 81.41 |
| 371 | Soraya V Juarbe-Diaz | 184.00 | 32.47 | 59.75 |
| 372 | Nazli Turken | 222.00 | 32.47 | 72.09 |
| 373 | David Yu | 695.00 | 32.47 | 225.69 |
| 374 | Letitia Rhodes | 56.00 | 32.48 | 18.19 |
| 375 | Katherine Stahl | 331.00 | 32.47 | 107.49 |
| 376 | Elizabeth Grandia | 135.00 | 32.47 | 43.84 |
| 377 | Justo Gonzalez | 580.00 | 32.47 | 188.35 |
| 378 | Rebecca Campbell | 39.00 | 32.46 | 12.66 |
| 379 | Cameron James Moshuk | 121.00 | 32.47 | 39.29 |
| 380 | Lynn A Huras | 347.25 | 32.48 | 112.77 |
| 381 | Thomas Brymer | 360.99 | 32.47 | 117.23 |
| 382 | Maya Sieber-Blum | 568.00 | 32.47 | 184.45 |
| 383 | Andrea Keiser | 1,486.38 | 32.47 | 482.69 |
| 384 | Belinda Bowling | 79.00 | 32.47 | 25.65 |
| 385 | Scott Polton | 2,265.25 | 32.47 | 735.61 |
| 386 | Faye Lin | 734.00 | 32.47 | 238.36 |
| 387 | Lyrica Johnson | 737.00 | 32.47 | 239.33 |
| 389 | Stephanie Chou | 288.00 | 32.47 | 93.52 |
| 391 | Julius Brown | 331.00 | 32.47 | 107.49 |
| 392 | Zachary Rovner | 1,046.00 | 32.47 | 339.68 |

| | | | | |
|---|---|---|---:|---:|---:|
| 393 | Laura Deer | | 323.00 | 32.47 | 104.89 |
| 394 | Chuck Moy | | 184.00 | 32.47 | 59.75 |
| 395 | Wendy A MacColl | | 106.00 | 32.47 | 34.42 |
| 396 | Andrea Nevins | | 708.00 | 32.47 | 229.92 |
| 397 | Pieter Esterhay | | 376.00 | 32.47 | 122.10 |
| 398 | jongmin.lee | | 160.00 | 32.47 | 51.96 |
| 399 | Troy Andrews | | 424.00 | 32.47 | 137.69 |
| 400 | Alan Karasin | | 204.00 | 32.48 | 66.25 |
| 401 | Lisa Malone | | 204.00 | 32.48 | 66.25 |
| 402 | Lark wallis johnston | | 184.00 | 32.47 | 59.75 |
| 403U | Arizona Department of Revenue | | 373.31 | 32.47 | 121.23 |
| 404 | FOK KA MAN | | 400.00 | 32.47 | 129.90 |
| 405 | FOK KA MAN | | 400.00 | 32.47 | 129.90 |
| 406 | Melissa Gross | | 619.00 | 32.47 | 201.01 |
| 407 | Shari Spector | | 216.00 | 32.47 | 70.14 |
| 408 | David C. Karp | | 708.00 | 32.47 | 229.92 |
| 409 | Christopher DelGrosso | | 188.00 | 32.47 | 61.05 |
| 410 | Rosemary N. Palmer | | 1,526.30 | 32.47 | 495.65 |
| 411 | Maureen Ufkes | | 56.00 | 32.48 | 18.19 |
| 412 | Gian Paredes | | 593.00 | 32.47 | 192.57 |
| 413 | Della Dash | | 94.00 | 32.48 | 30.53 |
| 414 | Michael Wentworth | | 666.00 | 32.47 | 216.28 |
| 415 | Elizabeth Fletcher | | 676.60 | 32.47 | 219.72 |
| 416 | Christopher Cairns | | 204.00 | 32.48 | 66.25 |
| 417 | Ron Lussier | | 207.00 | 32.47 | 67.22 |
| 418 | Kirk Humphreys | | 122.00 | 32.48 | 39.62 |
| 419 | Marcus Juarez | | 245.00 | 32.47 | 79.56 |
| 420U | North Carolina Department of Revenue | | 438.42 | 32.47 | 142.37 |
| 421 | Lily-Ann MacDonald | | 1,108.69 | 32.47 | 360.03 |
| 422 | Abby Yetter | | 204.00 | 32.48 | 66.25 |
| 423 | Rita A. Daruvala | | 188.00 | 32.47 | 61.05 |
| 424 | Geronimo Yabut | | 708.00 | 32.47 | 229.92 |
| 425 | Catherine Kelso-Vernon | | 331.00 | 32.47 | 107.49 |
| 426 | Kent Walker | | 112.00 | 32.47 | 36.37 |
| 427 | Eric Herreman Suquet | | 189.00 | 32.48 | 61.38 |
| 428 | Stephany Zubiri | | 626.00 | 32.47 | 203.29 |
| 429 | Stefan Lutz | | 642.00 | 32.47 | 208.48 |
| 431 | Aaron Desatnik | | 94.00 | 32.48 | 30.53 |
| 432 | Sarah DeWitt | | 288.00 | 32.47 | 93.52 |
| 433 | Kyle LeBeau | | 386.00 | 32.47 | 125.35 |
| 435U | MASSACHUSETTS DEPARTMENT OF REVENUE | | 36.00 | 32.47 | 11.69 |
| 437 | Randy Massey | | 310.16 | 32.47 | 100.72 |
| 438 | Richard Drouillard | | 547.00 | 32.47 | 177.63 |
| 439 | Monica S Wood | | 104.00 | 32.47 | 33.77 |
| 440 | David Kurzman | | 1,543.00 | 32.47 | 501.07 |
| 441 | Brian Hwang | | 204.00 | 32.48 | 66.25 |
| 442 | Cynthia Vitwar | | 204.00 | 32.48 | 66.25 |
| 443 | Rodrigo Benavente Sanchez | | 109.00 | 32.48 | 35.40 |
| 444 | Arnon Saksri | | 199.00 | 32.47 | 64.62 |
| 445 | Kirsti Watt | | 342.00 | 32.47 | 111.06 |
| 446 | Marcos Caamano Rodriguez | | 209.00 | 32.47 | 67.87 |
| 447 | Dimitri Villard | | 175.00 | 32.47 | 56.83 |
| 448 | Christine Barron | | 331.00 | 32.47 | 107.49 |

| | | | | |
|---|---|---|---|---|
| 449 | Mia Perachiotti | 202.00 | 32.48 | 65.60 |
| 450 | Kimberly Rodgers | 305.82 | 32.47 | 99.31 |
| 451 | 1218 Liberty Street | 533.77 | 32.47 | 173.34 |
| 452 | Lindsey Elias | 104.00 | 32.47 | 33.77 |
| 453 | BABSI A RIEGLER | 196.00 | 32.47 | 63.65 |
| 454 | FOK KA MAN | 386.00 | 32.47 | 125.35 |
| 455 | Katherine Sears | 331.00 | 32.47 | 107.49 |
| 456 | Allan Cascante Sandoval | 193.00 | 32.47 | 62.67 |
| 457 | Lanette Martell | 49.00 | 32.47 | 15.91 |
| 459 | Achim Oppelt | 204.00 | 32.48 | 66.25 |
| 460 | Inyong Hwang | 612.00 | 32.47 | 198.74 |
| 461 | SAMANTHA CLAIRE BRAGANZA | 850.00 | 32.47 | 276.03 |
| 462 | Danielle Friedman | 471.00 | 32.47 | 152.95 |
| 463 | Adrian Hillier | 723.00 | 32.47 | 234.79 |
| 464 | Sassou | 193.00 | 32.47 | 62.67 |
| 465 | Dr. Erik Andrade Tongol | 193.00 | 32.47 | 62.67 |
| 466 | Frances Williamson | 984.00 | 32.47 | 319.54 |
| 467 | Jina Kim | 386.00 | 32.47 | 125.35 |
| 468 | Heide Fowler | 204.00 | 32.48 | 66.25 |
| 469 | Leon Victor U. Uy | 209.00 | 32.47 | 67.87 |
| 470 | Craig Dillon | 175.00 | 32.47 | 56.83 |
| 471 | James Bowling | 1,192.00 | 32.47 | 387.09 |
| 472 | dhira atman | 541.00 | 32.47 | 175.68 |
| 473 | Larry E. Norton | 335.00 | 32.47 | 108.79 |
| 474 | Lorna Loh | 521.00 | 32.47 | 169.19 |
| 475 | Dylan Connor | 288.00 | 32.47 | 93.52 |
| 476 | Denise Ramirez | 273.00 | 32.47 | 88.65 |
| 477 | Sergio Centeno | 285.00 | 32.47 | 92.55 |
| 478 | Evelyn Rivera | 386.00 | 32.47 | 125.35 |
| 479 | Susan McCuistion | 175.00 | 32.47 | 56.83 |
| 480 | Daniel F Rinzel Jr | 547.80 | 32.47 | 177.89 |
| 481 | Paul Bearne | 617.69 | 32.47 | 200.59 |
| 482 | Mary Ellen Branigan | 297.00 | 32.47 | 96.45 |
| 483 | Emily Anderson | 331.00 | 32.47 | 107.49 |
| 484 | Zahra Safavian | 537.00 | 32.47 | 174.38 |
| 485 | Brian Hickey | 602.00 | 32.47 | 195.49 |
| 486 | Michelle Chen | 94.00 | 32.48 | 30.53 |
| 487 | Craig Mckernin | 600.00 | 32.47 | 194.84 |
| 488 | Carlos Gonzalez | 204.00 | 32.48 | 66.25 |
| 489 | Deb Tshudy | 527.00 | 32.47 | 171.14 |
| 490 | Darwin Ruiz De la Riva | 386.00 | 32.47 | 125.35 |
| 491 | Alex Longson | 1,551.13 | 32.47 | 503.71 |
| 492 | Efren Elias Galaviz | 2,345.66 | 32.47 | 761.73 |
| 493 | Thomas Peterson | 386.00 | 32.47 | 125.35 |
| 494 | CHRIS KEENAN | 521.00 | 32.47 | 169.19 |
| 495 | Maureen Vaughan | 69.00 | 32.48 | 22.41 |
| 496 | DAVID RICHTER | 199.00 | 32.47 | 64.62 |
| 497 | Chris Dalrington | 61.00 | 32.48 | 19.81 |
| 498 | Ruben Rivera | 386.00 | 32.47 | 125.35 |
| 499 | Richard Rice | 953.00 | 32.47 | 309.48 |
| 500 | Marc McDermid | 443.04 | 32.47 | 143.87 |
| 501 | Gerry O'Brien | 393.00 | 32.47 | 127.62 |
| 502 | Joshua Salcedo | 204.00 | 32.48 | 66.25 |
| 504 | Erin Compton | 167.89 | 32.47 | 54.52 |
| 505 | Christopher Meyer | 386.00 | 32.47 | 125.35 |
| 506 | Gabriel Enamorado | 331.00 | 32.47 | 107.49 |

| # | Name | Amount | Rate | Total |
|---|---|---|---|---|
| 507 | Edward Bursk | 708.00 | 32.47 | 229.92 |
| 508 | John Flyte | 204.00 | 32.48 | 66.25 |
| 509 | Emily Stafford | 184.00 | 32.47 | 59.75 |
| 510 | Emily Stafford | 184.00 | 32.47 | 59.75 |
| 511 | Chirondala Maduka | 408.00 | 32.47 | 132.49 |
| 512 | Christopher Smith | 767.00 | 32.47 | 249.07 |
| 513 | Pedro Romero | 546.00 | 32.47 | 177.31 |
| 514 | Jonathan Gordon | 748.00 | 32.47 | 242.90 |
| 515 | Margaret C Moran | 535.00 | 32.47 | 173.74 |
| 516 | Sandra Penzkofer | 328.00 | 32.47 | 106.51 |
| 517 | Andrew Montana | 109.00 | 32.48 | 35.40 |
| 518 | RALPH G JURADO | 564.00 | 32.47 | 183.15 |
| 519 | Andrew Edelman | 94.00 | 32.48 | 30.53 |
| 520 | Daniel John Sherlock | 386.00 | 32.47 | 125.35 |
| 521 | Sean W Pelletier | 563.00 | 32.47 | 182.83 |
| 522 | Jennifer Eileen Peters | 363.00 | 32.47 | 117.88 |
| 523 | Karen Falle | 209.00 | 32.47 | 67.87 |
| 524 | Robert Van Sant | 331.00 | 32.47 | 107.49 |
| 525 | Dan Atchison | 57.40 | 32.47 | 18.64 |
| 526 | Katherine Genser | 695.00 | 32.47 | 225.69 |
| 527 | Richard Owen | 492.00 | 32.47 | 159.77 |
| 528 | Colleen Bloch | 624.00 | 32.47 | 202.64 |
| 529 | Ching Liu | 879.38 | 32.47 | 285.57 |
| 530 | Deborah Ary | 331.00 | 32.47 | 107.49 |
| 531 | Kareem Franco | 395.00 | 32.47 | 128.27 |
| 532 | mikesshopping | 708.00 | 32.47 | 229.92 |
| 533 | Douglas J. Sorocco | 508.00 | 32.47 | 164.97 |
| 534 | Helen Smith | 150.00 | 32.47 | 48.71 |
| 535 | ANTHONY S BEARD | 288.00 | 32.47 | 93.52 |
| 536 | Travis Guba | 122.00 | 32.48 | 39.62 |
| 537 | Desiree Moreno Mendoza | 323.00 | 32.47 | 104.89 |
| 538 | lmccormick9 | 386.00 | 32.47 | 125.35 |
| 539 | BORJA SUAREZ | 314.23 | 32.47 | 102.04 |
| 540 | Adam Maxwell Eliscu | 730.00 | 32.47 | 237.06 |
| 541U | Tennessee Department of Revenue | 605.85 | 32.47 | 196.74 |
| 542 | Joel M. Bach | 286.69 | 32.47 | 93.10 |
| 543 | Jennifer Manton | 278.00 | 32.47 | 90.28 |
| 544 | Cheryl Cundiff | 521.00 | 32.47 | 169.19 |
| 546 | Julia Chang-Lomonico | 506.00 | 32.47 | 164.32 |
| 547 | Greg Fong | 273.00 | 32.47 | 88.65 |
| 548 | Kimberly Pudliner | 673.04 | 32.47 | 218.56 |
| 549 | John Janoch | 204.00 | 32.48 | 66.25 |
| 550 | Dane Berard | 379.00 | 32.47 | 123.08 |
| 551 | Johan Dodge | 561.00 | 32.47 | 182.18 |
| 552 | BRUCE HAMPTON | 452.00 | 32.47 | 146.78 |
| 554 | Elizabeth Vincent | 273.00 | 32.47 | 88.65 |
| 555 | Jeffrey Min | 199.00 | 32.47 | 64.62 |
| 556 | Julianne Martin | 204.00 | 32.48 | 66.25 |
| 557 | Grace Shin | 527.00 | 32.47 | 171.14 |
| 558 | Jason Howes | 521.00 | 32.47 | 169.19 |
| 559 | J. Eugenio Ravelo Mendoza | 199.00 | 32.47 | 64.62 |
| 560 | Jena Barber | 116.00 | 32.47 | 37.67 |
| 561 | Joe Ruskamp | 285.00 | 32.47 | 92.55 |
| 562 | Edward Zamarripa | 568.00 | 32.47 | 184.45 |
| 563 | Ximena Rossello | 109.00 | 32.48 | 35.40 |

| | | | | |
|---|---|---:|---:|---:|
| 564 | Rebecca Robinson | 2,116.14 | 32.47 | 687.19 |
| 565 | Gholam R Berenji | 400.00 | 32.47 | 129.90 |
| 566 | Julie Marandin | 94.00 | 32.48 | 30.53 |
| 567 | Jeremy Arnerich | 68.00 | 32.47 | 22.08 |
| 568 | Aaron Nanto | 315.35 | 32.48 | 102.41 |
| 569 | Jason Bunch | 568.00 | 32.47 | 184.45 |
| 570 | Jeremy E.R. Reidy | 204.00 | 32.48 | 66.25 |
| 571 | Ralf Strauss | 393.00 | 32.47 | 127.62 |
| 572 | Jennifer Hardy | 508.00 | 32.47 | 164.97 |
| 573 | DANIEL S WOOLLEY, MD | 387.00 | 32.47 | 125.67 |
| 574 | Erik | 204.00 | 32.48 | 66.25 |
| 575 | Jenny Swiatowy | 386.00 | 32.47 | 125.35 |
| 576 | Eric Weinstock | 1,772.00 | 32.47 | 575.44 |
| 577 | Richard Ortiz | 184.00 | 32.47 | 59.75 |
| 578 | Michal Story | 119.00 | 32.47 | 38.64 |
| 579 | Cory Krauss | 824.00 | 32.47 | 267.58 |
| 580 | Jana Dean | 160.23 | 32.47 | 52.03 |
| 581 | Ioulia Svyatogor | 200.00 | 32.47 | 64.95 |
| 582 | Ian Morrison | 379.00 | 32.47 | 123.08 |
| 583 | Franciesca Guerra | 268.00 | 32.47 | 87.03 |
| 584 | Bamidele Adetiba | 508.00 | 32.47 | 164.97 |
| 585 | Heather Villani | 506.00 | 32.47 | 164.32 |
| 586 | Charles Kittoe | 209.00 | 32.47 | 67.87 |
| 587 | Kim Barkman | 163.00 | 32.47 | 52.93 |
| 588 | Darrin Hughes | 386.00 | 32.47 | 125.35 |
| 589 | Charles Venator-Santiago | 1,008.00 | 32.47 | 327.34 |
| 590 | Jem English | 438.00 | 32.47 | 142.24 |
| 591 | David Koerth | 273.00 | 32.47 | 88.65 |
| 592 | Laurence Chiu | 193.00 | 32.47 | 62.67 |
| 593 | Loris Mazzetto | 395.00 | 32.47 | 128.27 |
| 594 | Jerrold B Gaines | 204.00 | 32.48 | 66.25 |
| 595 | Carey Eyer | 580.00 | 32.47 | 188.35 |
| 596 | Neal Tolley | 708.00 | 32.47 | 229.92 |
| 597U | Illinois Department of Revenue | 415.44 | 32.47 | 134.91 |
| 598 | Michelle Perry | 184.00 | 32.47 | 59.75 |
| 599 | Philena Pugh | 436.00 | 32.47 | 141.59 |
| 600 | Elizabeth Pezza | 116.00 | 32.47 | 37.67 |
| 601 | Sheri Rosenthal | 285.00 | 32.47 | 92.55 |
| 602 | Syed Wasil Ali Sabzposh | 912.00 | 32.47 | 296.16 |
| 603 | Sandra Amoroso | 386.00 | 32.47 | 125.35 |
| 604 | Lauren Kirkman | 674.00 | 32.47 | 218.87 |
| 605 | Lesli Layer | 508.00 | 32.47 | 164.97 |
| 606 | Rick Anderson | 216.00 | 32.47 | 70.14 |
| 607 | Kai Tiimo | 1,042.00 | 32.47 | 338.38 |
| 609 | Patrick Winquist | 379.00 | 32.47 | 123.08 |
| 610 | Luis Alberto Flores | 746.00 | 32.47 | 242.26 |
| 611 | Heather Gilchrist | 2,183.69 | 32.47 | 709.13 |
| 612 | Jose Luis Gutierrez | 209.00 | 32.47 | 67.87 |
| 613 | Gianna Rose | 204.00 | 32.48 | 66.25 |
| 614 | D A Mullen | 679.90 | 32.47 | 220.79 |
| 615 | Jay Norman | 493.00 | 32.47 | 160.10 |
| 616 | Jared Ball | 188.00 | 32.47 | 61.05 |
| 617 | Elizabeth Rodriguez | 2,052.00 | 32.47 | 666.36 |
| 618 | Cory McDonald | 388.00 | 32.47 | 126.00 |
| 619 | Christopher Putnam | 539.00 | 32.47 | 175.03 |

| # | Name | Amount | Rate | Value |
|---|---|---:|---:|---:|
| 620 | Jeffery Seegert | 260.00 | 32.47 | 84.43 |
| 621 | Yuka Nishino | 94.00 | 32.48 | 30.53 |
| 622 | Hanna Schittek | 683.00 | 32.47 | 221.80 |
| 623 | Jim mottl | 494.00 | 32.47 | 160.42 |
| 624 | Pierre D. Thomas | 216.00 | 32.47 | 70.14 |
| 625 | James R Trinastic | 808.59 | 32.47 | 262.58 |
| 626 | marianna.teravainen | 193.00 | 32.47 | 62.67 |
| 627 | Miranda Fan | 976.00 | 32.47 | 316.95 |
| 628 | William Revis | 518.00 | 32.47 | 168.21 |
| 629 | D.j. Duran | 615.00 | 32.47 | 199.71 |
| 630 | Amanda Johnson | 204.00 | 32.48 | 66.25 |
| 631 | Alex E. Cramer | 1,063.90 | 32.47 | 345.49 |
| 632 | Richard Arriaga, Jr. | 736.64 | 32.47 | 239.22 |
| 633U | State of Florida - Department of Revenue | 234.29 | 32.47 | 76.08 |
| 634 | Rambo Bujan | 386.00 | 32.47 | 125.35 |
| 635 | Lazaro Torres | 577.00 | 32.47 | 187.37 |
| 636 | Gloria Soja | 184.00 | 32.47 | 59.75 |
| 637 | Chris Ziegler | 699.00 | 32.47 | 226.99 |
| 638 | Myron Gary Partain | 307.24 | 32.47 | 99.77 |
| 640 | Shad Smith | 209.00 | 32.47 | 67.87 |
| 641 | Cara Johnston | 386.00 | 32.47 | 125.35 |
| 642 | Lydia O Rising | 1,207.00 | 32.47 | 391.96 |
| 643 | Grace soto | 388.00 | 32.47 | 126.00 |
| 644 | Luis Felipe Rodriguez Lopez | 189.00 | 32.48 | 61.38 |
| 645 | Bruce McCamant | 652.49 | 32.47 | 211.89 |
| 646 | Sum Tseung | 103.00 | 32.48 | 33.45 |
| 647 | Gene Macapinlac | 1,017.50 | 32.47 | 330.42 |
| 648 | Christopher A Murray | 1,485.00 | 32.47 | 482.24 |
| 649 | Evie Barson | 813.00 | 32.47 | 264.01 |
| 650 | Christine Gabr | 334.14 | 32.47 | 108.51 |
| 651 | John Oros | 508.00 | 32.47 | 164.97 |
| 652 | Didier Ponteziere | 386.00 | 32.47 | 125.35 |
| 653 | Jennifer Miller | 508.00 | 32.47 | 164.97 |
| 654 | Nik Pharo | 386.00 | 32.47 | 125.35 |
| 655 | Clennita Justice | 379.00 | 32.47 | 123.08 |
| 656 | Richard Hierro | 743.28 | 32.47 | 241.37 |
| 657 | Melissa R. Mirkin | 94.00 | 32.48 | 30.53 |
| 658 | Grace Bonacci | 94.00 | 32.48 | 30.53 |
| 659 | Ryan S Mendel | 216.00 | 32.47 | 70.14 |
| 660 | Lauren Rutigliano | 89.00 | 32.47 | 28.90 |
| 661 | Mari Guarino | 791.00 | 32.47 | 256.87 |
| 662 | Megan Palmer | 508.00 | 32.47 | 164.97 |
| 663 | Sebastien Lee | 517.00 | 32.47 | 167.89 |
| 664 | Shannon Zinnel | 433.29 | 32.47 | 140.71 |
| 665 | Tosha Pierce | 204.00 | 32.48 | 66.25 |
| 666 | Cecelia Williams | 273.00 | 32.47 | 88.65 |
| 667 | Himanshu Maru | 779.00 | 32.47 | 252.97 |
| 668 | JONATHAN SILVER | 288.00 | 32.47 | 93.52 |
| 669 | Holly Banks | 182.00 | 32.47 | 59.10 |
| 670 | Kevynn Dunn | 339.00 | 32.47 | 110.09 |
| 671 | George Yoshinaga | 568.00 | 32.47 | 184.45 |
| 672 | Dmitriy Myedvyedyev | 386.00 | 32.47 | 125.35 |
| 673 | elina dmitriev | 568.00 | 32.47 | 184.45 |
| 674 | Jay Katz | 467.00 | 32.47 | 151.65 |
| 675 | Diana Ossana | 1,527.00 | 32.47 | 495.88 |

| | | | | |
|---|---|---|---:|---:|---:|
| 677 | Cleveland Wallace | 708.00 | 32.47 | 229.92 |
| 678 | Eduardo Israel Masso Martinez | 357.00 | 32.47 | 115.93 |
| 679 | Michael Richardson | 204.00 | 32.48 | 66.25 |
| 680 | MIGUEL ANGEL JOSE GONZALEZ MARTINEZ | 254.00 | 32.47 | 82.48 |
| 681 | Joe Anthony Rodriguez | 204.00 | 32.48 | 66.25 |
| 682 | Rima Krabuanrat | 517.89 | 32.47 | 168.18 |
| 683 | Nguyen Do | 662.64 | 32.47 | 215.18 |
| 684 | Jeffrey Victor Ashear | 568.00 | 32.47 | 184.45 |
| 685 | David Kwan | 204.00 | 32.48 | 66.25 |
| 686 | Hsuan-Hsin Huang | 204.00 | 32.48 | 66.25 |
| 687 | Carla Cuevas | 144.90 | 32.47 | 47.05 |
| 688 | Naomi Hayase | 204.00 | 32.48 | 66.25 |
| 689 | Eric Dierks | 204.00 | 32.48 | 66.25 |
| 690 | Ryan Robinson | 500.00 | 32.47 | 162.37 |
| 691 | Jameela Dallis | 103.00 | 32.48 | 33.45 |
| 692 | William Stehl | 204.00 | 32.48 | 66.25 |
| 693 | Silvia Lazo | 105.10 | 32.47 | 34.13 |
| 694 | Byron Miner | 457.00 | 32.47 | 148.41 |
| 695 | Frank Basting | 268.00 | 32.47 | 87.03 |
| 696 | Garrett Koehn | 708.00 | 32.47 | 229.92 |
| 697 | Kim Gallagher | 202.00 | 32.48 | 65.60 |
| 698 | Linda Kalweit | 263.00 | 32.48 | 85.41 |
| 699 | Bruce Goldman | 54.00 | 32.48 | 17.54 |
| 700 | R. Christopher Deboer | 912.00 | 32.47 | 296.16 |
| 701 | Abhishek Agarwal | 517.00 | 32.47 | 167.88 |
| 702 | Rae Hanson | 223.00 | 32.47 | 72.41 |
| 703 | Kathleen Steele | 556.00 | 32.47 | 180.54 |
| 704 | Fred Sherman | 386.00 | 32.47 | 125.34 |
| 706 | Jonathan Hirshon | 1,300.00 | 32.47 | 422.15 |
| 707 | Leonardo Adame | 319.00 | 32.47 | 103.58 |
| 708 | Antonina Guarino | 268.00 | 32.47 | 87.02 |
| 709 | Bryan Spurrier | 204.00 | 32.47 | 66.24 |
| 710 | Jure Mrduljas | 458.50 | 32.47 | 148.88 |
| 711 | Kristen Marie Jackson | 204.00 | 32.47 | 66.24 |
| 712 | Gregory Moller | 175.00 | 32.47 | 56.82 |
| 713 | Louann Pironti | 386.00 | 32.47 | 125.34 |
| 714 | Charlene Gordon | 386.00 | 32.47 | 125.34 |
| 715 | Amanda Taylor | 278.00 | 32.47 | 90.27 |
| 716 | James Skalsky | 625.00 | 32.47 | 202.95 |
| 717 | Shari Sutcliffe | 331.00 | 32.47 | 107.48 |
| 718 | Derek Mabray | 94.00 | 32.47 | 30.52 |
| 719 | Shari Sutcliffe | 268.00 | 32.47 | 87.02 |
| 720 | E S Stavinoha | 907.93 | 32.47 | 294.83 |
| 721 | Laura Jana | 508.00 | 32.47 | 164.96 |
| 722 | Laura Jana | 184.00 | 32.47 | 59.74 |
| 723 | Danielle Kwiatkowski | 1,073.00 | 32.47 | 348.43 |
| 724 | Nancy Hammond | 65.00 | 32.46 | 21.10 |
| 725 | Eric Grooms | 273.00 | 32.47 | 88.64 |
| 726 | Bjoern Holtrichter | 256.00 | 32.47 | 83.12 |
| 727 | Christina K Headrick | 813.00 | 32.47 | 264.00 |
| 728 | Hendrickx, Andrea | 1,262.98 | 32.47 | 410.13 |
| 729 | Brian Knobloch | 1,168.24 | 32.47 | 379.36 |
| 730 | Christina Brown3 | 163.00 | 32.47 | 52.92 |
| 766U | California Department of Tax | 8,410.10 | 32.47 | 2,731.08 |

| | | | | |
|---|---|---|---|---|
| | and Fee Administration | | | |
| 777U | Wisconsin Department of Revenue | 810.00 | 32.47 | 263.03 |
| 780U | Rhode Island Division of Taxation | 24.00 | 32.42 | 7.78 |
| 781U | Rhode Island Division of Taxation | 29.27 | 32.46 | 9.50 |
| 798U | New York State Department of Tax & Finance | 1,636.32 | 32.47 | 531.37 |
| | Subtotals: | $346,010.46 | | $112,363.03 |
| | Total: | $841,054.76 | | $409,692.30 |

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: December 5, 2023         /s/ Kenneth A. Nathan
                                Kenneth A. Nathan, Trustee (P39142)
                                29777 Telegraph Road, Suite 1170
                                Southfield, MI 48034
                                (248) 663-5133
                                ken@nathanlawplc.com